IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ESTATE OF ALTON JOHNSON, by and through Randall Johnson as Personal Representative; ESTATE OF BERTON PEW, by and through Bryan Zipp as Personal Representative; ESTATE OF STANLEY WEBBER, by and through Dana Snyder as Personal Representative; ESTATE OF LONNY MATTHEW SANFORD, by and through Sara Sargent as Personal Representative; DANIEL BELL; DEBRA TATUM; JOAN MARIE WILKINS; ESTATE OF VERA JOHNSON, by and through Marcia Schlotfeldt as Personal Representative; ESTATE OF ADRIAN LEONARD KAUTMAN SR., by and through Marie Moore as Personal Representative; ESTATE OF ALISON DESMYTER, by and through Kim Box as Personal Representative,<br><br>        Plaintiffs,<br><br>vs.<br><br>WHITEFISH CARE AND REHABILITATION CENTER (d/b/a); SWEETWATER WHITEFISH OPCO, LLC; SWEETWATER CARE MT OPCO LLC; SWEETWATER INVESTMENT MANAGEMENT, LLC d/b/a SWEETWATER PRIVATE EQUITY; SWEETWATER CARE RESOURCE, LLC; REID CRICKMORE; JAMES GAMETT; AARON CHELSEY; KYLE SHIELDS; AND DOES A-Z,<br><br>        Defendants. | CV 21-2-M-DLC-KLD<br><br>ORDER |

Defendants move for the admission of Maria Fracassa Dwyer to practice before this Court in this case with Robert M. Carlson to act as local counsel.

Pro hac vice admission is governed by District of Montana Local Rule 83.1(d), which provides in pertinent part that the attorney seeking pro hac vice admission must file an affidavit attesting to various items enumerated at L.R. 83.1(d)(3). While Defendants' motion does contain an affidavit from Ms. Dwyer, the affidavit fails to address items 83.1(d)(3)(B), (C), (E), (G), (H), (I) and (J). (See Doc. 4-1).

Accordingly, IT IS HEREBY ORDERED that Defendants' motion to admit Ms. Dwyer pro hac vice is DENIED without prejudice. Defendants may resubmit their motion, provided the motion is accompanied by an affidavit that complies in full with L.R. 83.1(d)(3).

DATED this 8th day of January, 2021.

_____
Kathleen L. DeSoto
United States Magistrate Judge