Chad E. Adams
BROWNING, KALECZYC, BERRY & HOVEN, P.C.
800 N. Last Chance Gulch, Suite 101
P.O. Box 1697
Helena, MT 59601
Telephone: (406) 443-6820
Facsimile: (406) 443-6883
chad@bkbh.com

William P. Cole (pro hac application pending)
David Sugden (pro hac application pending)
CALL & JENSEN, APC
610 Newport Center Dr., Ste 700
Newport Beach, CA 92660
Telephone: (949) 717-3000
Facsimile: (949) 717-3100
wcole@calljensen.com
dsugden@calljensen.com

Attorneys for Sweetwater Investment Management, LLC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| Estate of Alton Johnson, by and through Randall Johnson as Personal Representative, and<br><br>Estate of Berton Pew, by and through Bryan Zipp as Personal Representative,<br><br>Estate of Stanley Webber, by and through Dana Snyder as Personal Representative, | Case No. 2:21-cv-00002-DLC-KLD<br><br>**DECLARATION OF DAVID R. SUGDEN IN SUPPORT OF MOTION FOR *PRO HAC VICE* ADMISSION** |
|---|---|


EXHIBIT A

1

| | |
|---|---|
| Estate of Lonny Matthew Sanford, by and through Sarah Sargent as Personal Representative, <br><br> Daniel Bell, <br><br> Debra Tatum, <br><br> Joan Marie Wilkins, <br><br> Estate of Verda Johnson, by and through Marcia Schlotfeld as Personal Representative, <br><br> Estate of Adrian Leonard Kautman Sr., by and through Marie Moore as Personal Representative, <br><br> Estate of Alison DeSmyter, by and through Kim Box as Personal Representative, and, <br><br>       Plaintiffs, <br><br>   v. <br><br> Whitefish Care and Rehabilitation Center (d/b/a); Sweetwater Whitefish Opco, LLC; Sweetwater Care MT OPCO, LLC; Sweetwater Care OPCO LLC; Sweetwater Investment Management, LLC d/b/a Sweetwater Private Equity; Sweetwater Care Resource, LLC; Reid Crickmore; James Gamett; Aaron Chesley; Kyle Shields; and Does A-Z <br><br>       Defendants. | |

1. I am above the age of 18 and competent to testify to the matters addressed herein. I reside in the State of California and I am a partner with the law firm of Call & Jensen, APC, located at 610 Newport Center Drive, Suite 700, Newport Beach, California 92660, telephone (949) 717-3000, fax (949) 717-3100, email dsugden@calljensen.com. I have been an attorney with Call & Jensen since May 15, 2000.

2. The appropriate admission fee was paid concurrently with Defendant Sweetwater Investment Management, LLC's ("SIM") motion for admission of David R. Sugden *pro hac vice*.

3. I am proficient in electronic filing in the United States District Courts for the Southern, Northern, Eastern and Central Districts of California.

4. I am a member in good standing of the Bar of California (admitted 11/20/2001), and am in good standing and eligible to practice in the United States District Courts in the State of California (Central District 12/05/2001, Southern District 4/9/2003, Northern District 2/28/2006 and Eastern District (10/2004), and the United States Courts of Appeals for the Ninth Circuit (9/5/2001).

5. I am not currently suspended or disbarred in any court.

6. I have never been held in contempt, otherwise disciplined by any court for disobedience to its rules or orders, or sanctioned under Fed. R. Civ. P. 11 or 37(b), (c), (d) or (f) or the state equivalent.

7. Within the two years preceding the date of this application, I have never applied to be admitted *pro hac vice* to this Court. I am concurrently applying to be admitted *pro hac vice* in the Butte Division of this Court, also representing SIM, in *Estate of Arthur Vidrich, et al v. Continental Care and Rehab. Ctr.*, Case No. 2:21-cv-00001-BLM (D.Mont.).

8. I fully understand that my *pro hac vice* admission in this Court is personal to me only and is not admission of a law firm and that I will be held fully accountable for the conduct of the litigation in this Court.

9. I have complied with Montana Rule of Professional Conduct 8.5.

FURTHER AFFIANT SAYETH NAUGHT.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing representations are true and correct.

DATED this 12th day of January, 2021.

                                                              _____
                                                              David R. Sugden