IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ESTATE OF ALTON JOHNSON, by and through Randall Johnson as Personal Representative; ESTATE OF BERTON PEW, by and through Bryan Zipp as Personal Representative; ESTATE OF STANLEY WEBBER, by and through Dana Snyder as Personal Representative; ESTATE OF LONNY MATTHEW SANFORD, by and through Sara Sargent as Personal Representative; DANIEL BELL; DEBRA TATUM; JOAN MARIE WILKINS; ESTATE OF VERA JOHNSON, by and through Marcia Schlotfeldt as Personal Representative; ESTATE OF ADRIAN LEONARD KAUTMAN SR., by and through Marie Moore as Personal Representative; ESTATE OF ALISON DESMYTER, by and through Kim Box as Personal Representative, <br><br>                    Plaintiffs, <br><br> vs. <br><br> WHITEFISH CARE AND REHABILITATION CENTER (d/b/a); SWEETWATER WHITEFISH OPCO, LLC; SWEETWATER CARE MT OPCO LLC; SWEETWATER INVESTMENT MANAGEMENT, LLC d/b/a SWEETWATER PRIVATE EQUITY; SWEETWATER CARE RESOURCE, LLC; REID CRICKMORE; JAMES GAMETT; AARON CHELSEY; KYLE SHIELDS; AND DOES A-Z, <br><br>                    Defendants. | CV 21-2-M-DLC-KLD <br><br> ORDER |

Defendants Whitefish Care and Rehabilitation Center (d/b/a) Sweetwater Whitefish Opco, LLC; Sweetwater Care MT OPCO, LLC, Sweetwater Care OPCO, LLC, Sweetwater Care Resource, LLC, Reid Crickmore, James Gamett, Aaron Chelsey, and Kyle Shields have filed an amended unopposed motion moving for the admission of Maria Fracassa Dwyer to practice before this Court in this case with Robert M. Carlson to act as local counsel. (Doc. 11.) Ms. Dwyer's application appears to be in order.

Accordingly, IT IS HEREBY ORDERED that Defendants' motion to admit Maria Fracassa Dwyer pro hac vice is GRANTED on the condition that Ms. Dwyer shall do her own work. This means that Ms. Dwyer must do her own writing, sign her own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Ms. Dwyer, within fifteen (15) days of the date of this Order, files a pleading acknowledging his admission under the terms set forth above.

DATED this 13th day of January, 2021.

_____
Kathleen L. DeSoto
United States Magistrate Judge