IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ESTATE OF ALTON JOHNSON, by and through Randall Johnson as Personal Representative, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>WHITEFISH CARE AND REHABILITATION CENTER, et al.,<br><br>Defendants. | CV 21–02–M–DLC–KLD<br><br><br>ORDER |

Per the Court's prior order (Doc. 53), the parties have filed a joint Stipulation for Dismissal with Prejudice. (Doc. 54.) The parties request that this Court dismiss the above-captioned matter with prejudice, with each party to bear its own costs and fees. (*Id.*)

Accordingly, IT IS ORDERED that the above-captioned matter is DISMISSED WITH PREJUDICE, with each party to bear its own costs and fees.

The Clerk of Court is directed to close the case file.

DATED this 26th day of April, 2021.

Dana L. Christensen, District Judge
United States District Court

1