IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ESTATE OF ALTON JOHNSON, by and through Randall Johnson as Personal Representative, et al., | CV 21–02–M–DLC–KLD |
| Plaintiffs, | ORDER |
| vs. | |
| WHITEFISH CARE AND REHABILITATION CENTER, et al., | |
| Defendants. | |

Before the Court is Defendant Sweetwater Investment Management, LLC's Rule 60 Motion to Amend Order of Dismissal.  (Doc. 56.)  On April 26, 2021, this Court entered an order dismissing the above-captioned matter with prejudice, "with each party to bear its own costs *and fees*."  (Doc. 55 at 1.)  Sweetwater maintains that it never agreed to bear its own fees and requests that the Court amend its prior order to strike "any reference to responsibility for payment of fees.  (Doc. 57 at 10.)  The Court agrees it mistakenly included any reference to fees in its dismissal order.

The Federal Rules of Civil Procedure authorize this Court to correct any clerical errors or mistakes arising from any oversight or omission, contained within its orders.  Fed. R. Civ. P. 60(a).  The parties' stipulated dismissal motion clearly

1

requests that the matter be dismissed with prejudice "with each party to bear their own costs." (Doc. 54 at 2.) No mention was made to fees and it was wrong for the Court to include any award as to that aspect of the case in its order. The Court apologizes for the error and the corresponding expenditure of resources necessary to rectify it.

Accordingly, IT IS ORDERED that the motion (Doc. 56) is GRANTED.

IT IS FURTHER ORDERED that the Court's prior order (Doc. 55) is amended to provide that the above-captioned matter is DISMISSED WITH PREJUDICE, with each party to bear its own costs. The Court makes no conclusions on the proper allocation of, or responsibly for payment of, fees incurred by the parties in this matter.

DATED this 10th day of May, 2021.

_____
Dana L. Christensen, District Judge
United States District Court

2